IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT WAYNE BLYSTONE, | ) | |
| Petitioner, | ) | Civil Action No. 2:99-490 |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN HORN, et al., | ) | |
| Respondents. | ) | |

## ORDER

AND NOW, this 9th day of January, 2012, in accordance with the Judgment issued by the United States Court of Appeals for the Third Circuit on December 22, 2011, and certified on January 18, 2012, **IT IS HEREBY ORDERED THAT:**

1. To the extent that Petitioner seeks relief from his convictions of first-degree murder and robbery, his petition for a writ of habeas corpus is **DENIED**;

2. To the extent that Petitioner seeks relief from his sentence of death, his petition for a writ of habeas corpus is **GRANTED**;

3. The execution of the writ of habeas corpus is **STAYED** for 180 days from the date of this Order, during which time the Commonwealth of Pennsylvania may conduct a new sentencing hearing;

4. After 180 days, should the Commonwealth of Pennsylvania not conduct a new sentencing hearing, the writ shall issue and the Commonwealth shall sentence Petitioner to life imprisonment without possibility of parole;

5. The Clerk of Court shall mark this case **CLOSED**.

_____, C.J.

cc: All counsel of record