IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT WAYNE BLYSTONE,<br>               Petitioner,<br><br>v.<br><br>MARTIN HORN, et al.,<br>               Respondents. | Civil Action No. 99-490 |

**ORDER**

AND NOW, this 4 day of April, 2012, in response to Petitioner's *Unopposed Motion to Modify January 19, 2012 Order Conditionally Granting the Writ of Habeas Corpus,* which directed that Petitioner be sentenced to life imprisonment without parole should the Commonwealth of Pennsylvania not conduct a new sentencing hearing within 180 days, IT IS HEREBY ORDERED THAT:

1. Respondent's March 9, 2012 filing of their *Motion for Sentencing Hearing* in the Fayette County Court of Common Pleas providing notice of the Commonwealth's intention to conduct the resentencing trial on or before July 16, 2012 has timely initiated resentencing proceedings in this matter and has satisfied the terms of this Court's January 19, 2012 *Order*.

2. Recognizing that Petitioner's new state-court counsel will need time to prepare for the resentencing trial and that the state court may have to resolve any number of pretrial motions, the state courts of the Commonwealth of Pennsylvania may grant continuances in the retrial date to permit Petitioner's new counsel time and resources necessary to prepare for the resentencing and present pretrial motions, and to permit resolution of such motions, without being found not to have complied with the conditions of this Court's January 19, 2012 *Order* for conducting a resentencing trial in this matter.

Lancaster, C.J.